**Paul NAGY, Plaintiff–Appellant,**

v.

**Mrs. CLEMENZ, ISM; Sheila Mattingly, ISM; Terry Campbell, ISM; Stephen M. Dewalt, Warden, Defendants–Appellees.**

No. 02–6988.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2002.

Decided Nov. 7, 2002.

Paul Nagy, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Paul Nagy appeals the district court's order denying relief on his *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nagy v. Clemenz*, No. CA–01–7 (E.D.N.C. filed May 30, 2002; entered May 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*